```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 43482
    MANUEL ROMERO JR
    SARA A ROMERO                               CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-5513     SSN XXX-XX-2530
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/23/06 and confirmed on 08/24/06.

2. The case was converted to Chapter 7 after confirmation, 11/09/2007.

3. The Debtor paid a total of $ 11057.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 9155.25 | 1507.25 | 9155.25 |
| STATE DISBURSEMENT UNIT | PRIORITY | 4244.82 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2196.95 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCED REPRODUCTIVE CT | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| GPO AMERICA ONLINE | UNSECURED | NOT FILED | .00 | .00 |
| ANNA RICCI | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2031.63 | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED DATA CORP | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2413.14 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 2807.65 | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DATA FLO | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| FOCUS RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| DISTINCTIVE SMILES DENTA | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |

```
MCS                         UNSECURED      NOT FILED           .00           .00
FAIR FINANCIAL              UNSECURED      NOT FILED           .00           .00
SPIRIT OF AMERICA NATL B    UNSECURED      NOT FILED           .00           .00
FBCS INC                    UNSECURED      NOT FILED           .00           .00
FIRST NATIONAL BANK OF O    UNSECURED      NOT FILED           .00           .00
NATIONAL ASSET RECOVERY     UNSECURED      NOT FILED           .00           .00
FIRST NATIONAL BANK OF O    UNSECURED        1097.67           .00           .00
GEICO INSURANCE             UNSECURED      NOT FILED           .00           .00
GM CARD                     UNSECURED      NOT FILED           .00           .00
BECKET & LEE LLP            UNSECURED         947.91           .00           .00
KCA FINANCIAL SERVICES      UNSECURED      NOT FILED           .00           .00
KCA FINANCIAL SERVICES      UNSECURED      NOT FILED           .00           .00
WORLD FINANCIAL NETWORK     UNSECURED         829.59           .00           .00
MCS                         UNSECURED      NOT FILED           .00           .00
MERCHANTS CREDIT GUIDE      UNSECURED      NOT FILED           .00           .00
MIDLAND CREDIT MGMT         UNSECURED      NOT FILED           .00           .00
NCO FINANCIAL               UNSECURED      NOT FILED           .00           .00
INOVISION                   UNSECURED      NOT FILED           .00           .00
POWERHOUSE GYM              UNSECURED      NOT FILED           .00           .00
PROFESSIONAL COLLECTION     UNSECURED         250.00           .00           .00
PROFESSIONAL ACCOUNT MGM    UNSECURED      NOT FILED           .00           .00
TRUE LOGIC FINANCIAL COR    UNSECURED      NOT FILED           .00           .00
NATIONWIDE CREDIT INC       UNSECURED      NOT FILED           .00           .00
PROVIDIAN NATIONAL BANK     UNSECURED      NOT FILED           .00           .00
RIAZ BARBER MD              UNSECURED      NOT FILED           .00           .00
MUNICIPAL COLLECTION SER    UNSECURED         250.00           .00           .00
GASTROINTESTINAL HEALTH     UNSECURED      NOT FILED           .00           .00
ARGENT HEALTHCARE FIN SE    UNSECURED      NOT FILED           .00           .00
RUSH COPLEY MEDICAL CENT    UNSECURED      NOT FILED           .00           .00
H&R ACCOUNTS                UNSECURED      NOT FILED           .00           .00
SHERMAN FINANCIAL GROUP     UNSECURED      NOT FILED           .00           .00
TRICITY AMBULANCE SERVIC    UNSECURED      NOT FILED           .00           .00
GENESIS FINANCIAL SOLUTI    UNSECURED      NOT FILED           .00           .00
VALLEY EMERGENCY CARE       UNSECURED      NOT FILED           .00           .00
AFNI/VERIZON                UNSECURED        1544.55           .00           .00
NUVELL CREDIT COMPANY LL    UNSECURED        6492.02           .00           .00
INTERNAL REVENUE SERVICE    UNSECURED         677.04           .00           .00
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
     Summary of disbursements:
------------------------------------------------------------------------------

                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9155.25      6441.77     19341.20          .00     34938.22
PRINCIPAL PAID      9155.25           .00          .00          .00      9155.25
INTEREST PAID       1507.25           .00          .00          .00      1507.25
TOTAL PAID         10662.50           .00          .00          .00     10662.50
```

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $      .00 and was paid $      .00 .

The Trustee received $     394.50 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/12/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```